# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **MUNILLA CONSTRUCTION** | ) | |
| **MANAGEMENT, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | No. 16-1684C |
| | ) | **(Judge Kaplan)** |
| v. | ) | |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF APPEARANCE

To the Clerk:

    Please enter the appearance of Amanda L. Tantum, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

>Amanda L. Tantum
>Trial Attorney
>Commercial Litigation Branch
>Civil Division
>United States Department of Justice
>PO Box 480
>Ben Franklin Station
>Washington, D.C. 20044

>s/Amanda L. Tantum
>AMANDA L. TANTUM
>Trial Attorney
>Telephone: (202) 616-8131
>Facsimile: (202) 305-7643
>Email: Amanda.Tantum@usdoj.gov

Dated: December 22, 2016